1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702
   Facsimile: (510) 747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,            NO. C98-3891 M

13           Plaintiff,

14    v.
                                         STIPULATED ORDER OF
15 CHARLES PRESCOTT aka                  CONTINUING GARNISHMENT
   CHARLES E. PRESCOTT,
16
             Defendant,
17
   and
18
   HOME DEPOT, INC.,,
19
             Garnishee.            /
20

21       IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

22 America, and Judgment Debtor, CHARLES PRESCOTT aka CHARLES E. PRESCOTT, that

23 garnishee, HOME DEPOT, INC., withhold $125.00 each month from Judgment Debtor's non-

24 exempt disposable income, commencing with the February, 2012, pay period, and continuing

25 through the January, 2013, pay period, where after HOME DEPOT, INC., shall withhold 25%

26 each month from Judgment Debtor's non-exempt disposable income until the entire current

27 judgment principal, last compounded on January 5, 2012, in the amount of $8,435.80, (original

28 judgment in the amount of $4,783.90 entered January 5, 1999) plus interest compounded

STIPULATED GARNISHMENT ORDER, US v. PRESCOTT, CAND # C98-03891 M          1

1  annually pursuant to 11 USC §1961(b) at the rate of 4.513 % per annum on said current
2  judgment principal, for total interest through and including February 10, 2012, in the amount
3  of $37.45, for a total due of principal, interest, costs and attorney fees as of February 10,
4  2012, in the amount of $8,513.25, has been paid in full or until the garnishee no longer has
5  custody, possession or control of any property belonging to the debtor or until further Order
6  of this court.

7  IT IS HEREBY FURTHER STIPULATED that HOME DEPOT, INC., Garnishee,
8  immediately remit to the United States Department of Justice the above mentioned payments
9  as and for the month of February, 2012, and as and for each month thereafter.

10  IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
11  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box
12  790363, St. Louis, MO 63179-0363, referencing the Judgment Debtor's name and CDCS
13  Claim number **1998B11972** on each check for posting purposes.

14  IT IS HEREBY FURTHER STIPULATED that Judgment Debtor, upon request by mail
15  from Judgment Creditor to Judgment Debtor, shall submit a financial statement to Judgment
16  Creditor annually, the form of which shall be mailed to Judgment Debtor by Judgment Creditor;
17  thereafter, at Judgment Creditor's sole discretion, Judgment Creditor will establish a monthly
18  garnishment payment amount for Judgment Debtor to pay, not to exceed 25% each month
19  from Judgment Debtor's non-exempt disposable income.

20  IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
21  28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
22  judge of the United States District Court and consent to have a United States magistrate judge
23  conduct any and all further proceedings in the case. It is understood that any appeal from an
24  order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United
25  States Court of Appeals in the same manner as an appeal from any other judgment of a District
26  Court.

27  By his signature hereafter, CHARLES PRESCOTT aka CHARLES E. PRESCOTT
28  acknowledges that he has read, understands and waives all of his rights under the CLERK'S

1. NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT;
2. REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND
3. REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR
4. EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the
5. APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein
6. payment stipulation.

Dated: February 10, 2012

Michael Cosentino, Counsel for United States

Dated: February 10, 2012

CHARLES PRESCOTT aka CHARLES E. PRESCOTT

**IT IS SO ORDERED.**

Dated:

UNITED STATES MAGISTRATE JUDGE