MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone: (510) 523-4702
Facsimile:  (510) 747-1640

Attorney for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | NO. **C98-3891 M** |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF CONTINUING GARNISHMENT** |
| **CHARLES PRESCOTT aka CHARLES E. PRESCOTT** , | |
| Defendant, | |
| and | |
| **HOME DEPOT, INC.**,, | |
| Garnishee.         / | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, CHARLES PRESCOTT aka CHARLES E. PRESCOTT, that the STIPULATED ORDER OF CONTINUING GARNISHMENT entered February 16, 2012, at docket # 18, be vacated.

IT IS HEREBY FURTHER STIPULATED that garnishee, HOME DEPOT, INC., withhold $125.00 each month from Judgment Debtor's non-exempt disposable income, commencing with the February 16, 2014, pay period, and continuing until the entire current judgment principal, last compounded on February 24, 2014, in the amount of $5,328.32, (original

1  judgment in the amount of $4,783.90 entered January 5, 1999) plus interest compounded
2  annually pursuant to 28 USC §1961(a) & (b) at the rate of 4.513 % per annum on said current
3  judgment has been paid in full or until the garnishee no longer has custody, possession or
4  control of any property belonging to the debtor or until further Order of this court.

5      IT IS HEREBY FURTHER STIPULATED that HOME DEPOT, INC., Garnishee,
6  immediately remit to the United States Department of Justice the above mentioned payments
7  as and for the month of March, 2014, and as and for each month thereafter.

8      IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
9  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box
10 790363, St. Louis, MO 63179-0363, referencing the Judgment Debtor's name and CDCS
11 Claim number **1998B11972** on each check for posting purposes.

12     IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions
13 of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed
14 before a judge of the United States District Court and consent to have a United States
15 magistrate judge conduct any and all further proceedings in the case.  It is understood that any
16 appeal from an order entered by a magistrate judge will be taken directly to the Ninth Circuit
17 of the United States Court of Appeals in the same manner as an appeal from any other
18 judgment of a District Court.

19     By his signature hereafter,  CHARLES PRESCOTT aka CHARLES E. PRESCOTT
20 acknowledges that he has read, understands and waives all of his rights under the CLERK'S
21 NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT;
22 REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND
23 REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR
24 EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the
25 APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein
26 ///
27 ///
28 ///

payment stipulation.

Dated: February 26, 2014            /s/
_____
Michael Cosentino, Counsel for United States


Dated:  February 26, 2014            /s/
_____
CHARLES PRESCOTT aka CHARLES E. PRESCOTT

**IT IS SO ORDERED.**

Dated: 2/28/14    _____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*